UNITED STATES DISCTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SILVIA MARIE ALINEI,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | No. CV 17-00763-KS<br><br>ORDER **AWARDING** EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $1,948.36 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: August 18, 2017

                                              KAREN L. STEVENSON
                                     UNITED STATES MAGISTRATE JUDGE